# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN HOPF, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBALL INTERNATIONAL, INC., PATRICK E. CONNOLLY, SUSAN B. FRAMPTON, KRISTINE L. JUSTER, VALERIE R. LOVE, KIMBERLY K. RYAN, SCOTT M. SETTERSTEN, and THOMAS J. TISCHHAUSER, <br><br> Defendants. | Case No.: 1:23-cv-03456-MKV <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Brian Hopf ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 18, 2023

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*